# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Cindy Charrette,

        Plaintiff,      Case No. 15-cv-10930

v.                              Judith E. Levy
                                  United States District Judge

Commissioner of Social Security,
                                  Mag. Judge David R. Grand

        Defendant.

_____/

## OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [17] IN FULL, GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [15], DENYING THE SOCIAL SECURITY COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT [16], AND REMANDING TO THE <u>ADMINISTRATIVE LAW JUDGE</u>

This is a Social Security appeal. Before the Court is Magistrate Judge Grand's Report and Recommendation (Dkt. 17) recommending the Court grant in part and deny in part plaintiff's motion for summary judgment (Dkt. 15), deny defendant's motion for summary judgment (Dkt. 16), and remand to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation. The parties were required to file specific written objections within fourteen

days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. Accordingly, and on review of the Report and Recommendation,

The Report and Recommendation (Dkt. 17) is adopted in full. Plaintiff's motion for summary judgment (Dkt. 15) is GRANTED IN PART and DENIED IN PART. Defendant's motion for summary judgment (Dkt. 16) is DENIED. The case is remanded to the Administrative Law Judge for further proceedings consistent with the Report and Recommendation.

The Court emphasizes that the Administrative Law Judge should consider the records (as well as any other records available at that time) noted in the Report and Recommendation's footnote 9.

IT IS SO ORDERED.


Dated: September 1, 2016         s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 1, 2016.

s/Kelly Winslow for
FELICIA M. MOSES
Case Manager
